# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA
IN THE INTEREST OF I. B.

NO. 2021 KW 0490

**MAY 11, 2021**

In Re: State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 72-2021-0009.

BEFORE: **THERIOT, WOLFE, AND HESTER, JJ.**

**STAY LIFTED. WRIT GRANTED.** We find the district court prematurely ordered the state to produce the victim's video recorded statement made to the Children's Advocacy Center because the state has not instituted prosecution. The discovery articles "shall be applicable following the institution of prosecution by the return of a grand jury indictment, the filing of a bill of information, or the filing of an affidavit charging an offense." La. Code Crim. P. art. 729.6; La. Ch. C. art. 866; **State v. Jefferson,** 2009-0740 (La. 4/2/09), 6 So.3d 757, 758; **State v. Parkerson,** 530 So.2d 74 (La. 1988). Accordingly, the district court's May 3, 2021 ruling ordering the state to produce the victim's video recorded statement made to Children's Advocacy Center is reversed, and this matter is remanded to the district court for further proceedings.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_(signature)_

DEPUTY CLERK OF COURT
FOR THE COURT